# United States District Court

WESTERN DISTRICT OF WASHINGTON

TAMMY JANE KAHLER,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

Case No. C09-5611RBL-KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    (1)    the Court adopts the Report and Recommendation;

    (2)    the ALJ erred in her decision as described in the Report and Recommendation; and

    (3)    the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings

| October 29, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                    *s/ Mary Trent*
                                                    Deputy Clerk